IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-43-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>QUINTIN LAMAR MOLLETTE, )<br>)<br>Defendant. ) | **ORDER** |

On May 24, 2017, the court held a hearing on the defendant's motion to suppress. At the conclusion of the hearing, the court made findings of fact and conclusions of law. The court incorporates by reference those findings and conclusions. As explained in open court, defendant's motion to suppress [D.E. 48] is DENIED.

SO ORDERED. This **24** day of May 2017.

JAMES C. DEVER III
Chief United States District Judge