IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-43-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| QUINTIN LAMAR MOLETTE, | ) |
| | ) |
| Defendant. | ) |

On October 25, 2017, defendant filed a pro se motion for the production of discovery [D.E. 88]. On November 6, 2017, the government responded that it has produced all discovery, including Jencks materials, to the defense [D.E. 89]. In light of the government's response, defendant's motion for production of discovery [D.E. 89] is DENIED.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge