UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00043-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>)<br>QUINTIN LAMAR MOLLETTE )<br>) | WARRANT FOR AN ARREST OF<br>A MATERIAL WITNESS<br><br>**UNDER SEAL** |

TO: United States Marshal or any authorized officer.

You are commanded to arrest Lakisha Blue and bring her forthwith before a Federal Court appropriate to the location of her arrest for the reason that Blue is a necessary witness in the above captioned jury trial scheduled on January 10, 2018, in Raleigh, North Carolina and it appears that Blue will not appear unless maintained in custody or conditions are established that will reasonably assure her appearance at the jury trial.

IT IS SO ORDERED, this the __5__ day of January 2018.


JAMES C. DEVER III
Chief United States District Judge