IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-43-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>QUINTIN LAMAR MOLLETTE, )<br>)<br>Defendant. ) | **ORDER FOR TEMPORARY**<br>**DETENTION OF LAKISHA BLUE**<br>**AS A MATERIAL WITNESS** |

This case came before the court today for an initial appearence for Lakisha Blue, who had been arrested pursuant to a material witness warrant issued under 18 U.S.C. § 3144. The trial in this case is scheduled to begin tomorrow, 10 January 2018, and last approximately one day. Ms. Blue's testimony is sought for the trial. Indeed, she is now under subpoena to testify. At the initial appearance, the government moved for Ms. Blue's detention, pursuant to 18 U.S.C. § 3142(f) and § 3144.[1] The court found that it was impracticable to obtain a deposition of Ms. Blue's testimony before the trial. The court also found that this matter involves a serious risk of flight, pursuant to 18 U.S.C. § 3142(f)(2)(A).

IT IS THEREFORE ORDERED as follows:

1. Subject to the provisions of paragraph 2, a detention hearing shall be held as to Ms. Blue on Thursday, 11 January 2018, beginning at 1:00 p.m. in the Sixth Floor

---

[1] Section 3144 reads:

If it appears from an affidavit filed by a party that the testimony of a person is material in a criminal proceeding, and if it is shown that it may becomeimpracticable to secure the presence of the person by subpoena, a judicial officer may order the arrest of the person and treat the person in accordance with the provisions of section 3142 of this title. No material witness may be detained because of inability to comply with any condition of release if the testimony of such witness can adequately be secured by deposition, and if further detention is not necessary to prevent a failure of justice. Release of a material witness may be delayed for a reasonable period of time until the deposition of the witness can be taken pursuant to the Federal Rules of Criminal Procedure.

18 U.S.C. § 3144.

Courtroom of the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

2. The detention hearing provided for in paragraph 1 shall be cancelled and Ms. Blue shall be released from custody without further order of the court if, prior to the date and time set for the detention hearing, Ms. Blue is released from the subpoena to testify at the trial. Cancellation of the hearing and the release of Ms. Blue from custody shall be effective immediately upon her release from the subpoena.

3. Ms. Blue is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Ms. Blue shall be afforded a reasonable opportunity for private consultation with her counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Ms. Blue to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

This 9th day of January 2018.

_____
James E. Gates
United States Magistrate Judge