UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00043-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUINTIN LAMAR MOLLETTE | ) | |

This case comes before the Court on the motion by the government, without the defendant's objection, to amend the caption of this matter.

Having duly considered the motion, for good cause shown, the Court hereby GRANTS the motion. The Clerk is DIRECTED to amend the caption in this matter to reflect the defendant's name as Quintin Lamar Molette.

SO ORDERED, this the __10__ day of January 2018.

_____Dever_____
JAMES C. DEVER III
Chief United States District Judge