# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

## CASE NUMBER: 5:16-CR-43-D

**UNITED STATES OF AMERICA**

**VS.**                                    **ORDER**

**QUINTIN LAMAR MOLETTE**

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Roger B. More and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| #1 | Firearm |
| #2 | Ammunition |

THIS 11 DAY OF January 2018.

AGENT _____

_____
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE