IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUINTIN LAMAR MOLLETTE, | ) | |
| | ) | |
| Defendant. | ) | |

On January 25, 2018, defendant Quintin Lamar Mollette ("Mollette" or "defendant") moved for a new trial [D.E. 127]. On February 13, 2018, the government consented to Mollette's motion [D.E. 133].

The court GRANTS defendant's motion for a new trial [D.E. 127]. Counsel shall confer concerning proposed trial dates in June 2018.

SO ORDERED. This 12 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge