UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-43-D

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| QUINTIN LAMAR MOLLETTE | |

THIS MATTER came on to be heard on the unopposed motion of Defendant to waive the presentence report in this matter pursuant to *Fed. R. Crim. P.* 32(c)(1)(A)(ii), and requesting that the Court impose sentence on the date arraignment. The Court finds that it is well familiar with the facts and circumstances of this case and this Defendant as they pertain to the factors it is required to consider pursuant to Title 18 U.S.C. § 3553. For that reason, and others set forth by Defendant in his motion, and without opposition from the United States, Defendant's motion is GRANTED. Accordingly, no presentence report will be ordered in this matter, and Defendant will be sentenced on the date of his arraignment.

SO ORDERED.

This the 18 day of July, 2018.

Hon. James C. Dever, III
Chief United States District Judge, EDNC