UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quintin Lamar Molette**　　　　　　　　　　　　　　　　**Docket No. 5:16-CR-43-1D**

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quintin Lamar Molette, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of a Controlled Substance, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 23, 2018, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 months.

Quintin Lamar Molette was released from custody on July 23, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 26, 2018, the defendant reported to the probation office and signed an admission form admitting to the use of Marijuana on June 24, 2018. The defendant was verbally reprimanded for the use of Marijuana. The defendant was placed in our Surprise Urinalysis Program and referred for a substance abuse assessment with our local treatment provider. Additionally, the defendant is a registered sex offender for a 2006 conviction of Attempted First Degree Sex Offense. It is requested that certain sex offender specific conditions be added in an effort to determine potential risks and any need for sex offense specific treatment while on supervised release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

2. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

3. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Quintin Lamar Molette
Docket No. 5:16-CR-43-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2539<br>Executed On: August 01, 2018 |

## ORDER OF THE COURT

Considered and ordered this 9 day of August, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge