UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quintin Lamar Molette**                                            **Docket No. 5:16-CR-43-1D**

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quintin Lamar Molette, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of a Controlled Substance, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 23, 2018, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 months.

Quintin Lamar Molette was released from custody on July 23, 2018, at which time the term of supervised release commenced.

On August 1, 2018, the court was notified that the defendant tested positive for Marijuana and signed an admission form on July 26, 2018, admitting to the Marijuana use on July 24, 2018. Additionally, due to a 2006 conviction of Attempted First Degree Sex Offense, it was recommended that sex offense specific conditions be added in an effort to determine potential risks and any need for sex offense specific treatment while on supervised release. On August 9, 2018, the conditions of release were modified, adding these sex offense specific conditions.

On August 7, 2018, the court was notified that the urinalysis previously reported from July 26, 2018, returned from the national lab as positive for Marijuana and Cocaine. It was recommended that he be continued on supervised release and referred for a substance abuse assessment and treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for Cocaine on August 9, 2018, and when confronted, signed an admission form stating he used cocaine on August 8, 2018. Additionally, the defendant tested positive for Cocaine and Marijuana on August 14, 2018. The defendant signed an admission form stating he used Cocaine and Marijuana on August 13, 2018. The defendant completed a substance abuse assessment and his first counseling session began on August 24, 2018. Cognitive interventions have been used and it is hopeful that the defendant will benefit from substance abuse counseling. In addition to substance abuse counseling, it is recommended the defendant participate in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Quintin Lamar Molette
Docket No. 5:16-CR-43-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2539<br>Executed On: August 28, 2018 |

### ORDER OF THE COURT

Considered and ordered this __30__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge